Joshua M. Ko (SBN 235331)
Kerry P. Zeiler (SBN 233944)
**LAW OFFICES OF JOSHUA M. KO**
1855 W. Katella Ave., Ste. 365
Orange, CA 92687
(714) 771-2281
(714) 771-2689 – FAX
*jko@kolawoffice.com*
*kerry@zeilerlawgroup.com*

JS-6

Attorneys for Defendants and Counterclaimants,
IT'S THAI, LLC; IT'S THAI CANTEEN, LLC; RURK SUPTHONG, AND SIRIN RANSIYACHAT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TRITAPORN SIRISUP; et al.<br>　　　　Plaintiffs,<br><br>　　v.<br><br>IT'S THAI, LLC, et al.,<br>　　　　Defendants.<br>IT'S THAI, LLC, et al.,<br>　　　　Counterclaimants,<br><br>　　v.<br><br>TRITAPORN SIRISUP, et al.,<br>　　　　Counter-defendants. | Case No.: 13-cv-07246-DDP(PJWx)<br>Hon. Dean D. Pregerson<br><br>**FINAL JUDGMENT**<br><br>**[117, 118]** |

　　This court having considered and ruled upon several dispositive motions, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

(1) Plaintiffs shall take nothing by way of their complaint.  Judgment on the complaint is entered for Defendants It's Thai, LLC; It's Thai Canteen, LLC; Rurk Supthong, and Sirin Ransiyachat; and

(2) Defendants/Counter-Claimants prevail, and judgment is entered in their favor, as to their SIXTH cause of action for *breach of contract* against Counter-Defendants Tritaporn Sirisup and Sirisup, Inc.  Each party shall bear its own attorneys' fees.

IT IS SO ORDERED.

MAY 25, 2016
Date

Hon. Dean D. Pregerson
Judge of the United States District Court